**Dismissed and Memorandum Opinion filed November 19, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00696-CV

## NAYNA PATEL, Appellant

## V.

## AUM SAI GANESH CORPORATION, Appellee

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-75426**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed May 29, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On October 17, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby and Wise.